IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01866-PSF-OES

POD-NERS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

MIKE AHLBERG,

    Defendant,

and

DWAIN McCARTY,

    Defendant and Third-Party Plaintiff,

v.

RED BEARD BEAN, LLC, a Colorado limited liability company,

    Third-Party Defendant.

## ORDER SETTING RULE 16 PRETRIAL SCHEDULING CONFERENCE

THIS MATTER comes before the Court pursuant to F.R.Cɪᴠ.P. 16 and D.C.COLO.LCivR 16.1 for the setting of a pretrial scheduling conference. IT IS HEREBY ORDERED that the parties shall appear on **Thursday, December 15, 2005 at 8:15 a.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. It is,

FURTHER ORDERED that counsel shall confer and prepare a Proposed Joint Scheduling Order that is due to the Court **at least five days before the Scheduling**

**Conference.**  Counsel shall comply with the Instructions for Preparation of Scheduling Order (*see* Appendix F of the Local Rules of Practice in the United States District Court for the District of Colorado).  Copies of the Local Rules are available under the "Local Rules" button at http://www.cod.uscourts.gov and from the Clerk of the Court.  Because one of the claims asserts patent infringement, the parties are directed to determine to what extent, if possible, the terms and deadlines set forth in the attached Local Rules of Practice for Patent Cases before the United States District Court for the Northern District of California could apply and be helpful to this case.  The parties through counsel shall prepare the Proposed Joint Scheduling Order accordingly with whatever stipulations they deem appropriate using those local rules as a guide.  It is

FURTHER ORDERED that counsel for all parties, including the third-party defendant, are expected to be present at the conference.  Because the first scheduling conference may be set before the third-party defendant has been served or has appeared in the case, counsel for Defendant and Third-Party Plaintiff Dwain McCarty is responsible for notifying Third-Party Defendant, Red Beard Bean, LLC, of the setting of the first Rule 16(b) Conference.  If Mr. McCarty's counsel is unable to notify Red Beard Bean, LLC, then Mr. McCarty's counsel shall, at least five days prior to the scheduled Rule 16(b) Conference, so notify the Court so that the conference can be rescheduled.

DATED: November 18, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge