IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01866-PSF-OES

POD-NERS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

MIKE AHLBERG,

    Defendant,

and

DWAIN McCARTY,

    Defendant and Third-Party Plaintiff,

v.

RED BEARD BEAN, LLC, a Colorado limited liability company,

    Third-Party Defendant.

---

## ORDER

---

    This matter is before the Court on Defendant Mike Ahlberg's Motion to Amend Answer to Add Cross Claim (DKt. # 22), filed January 31, 2006.  No response has been filed.  The motion is GRANTED.  The "Cross Claims Against Dwain McCarty" are deemed filed as of today's date.

    DATED: March 13, 2006

                                          BY THE COURT:
                                          *s: Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge